**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEXANDRA GREGORATOS,

     Plaintiff,

v.                                  Case No: 8:18-cv-111-T-30TGW

HOVG LLC and MEDICREDIT INC.,

     Defendants.

_____

**ORDER OF DISMISSAL**

     Before the Court is the Joint Stipulation for Dismissal without Prejudice (Dkt. 20).

Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed without prejudice, each party to bear its own fees and

costs.

     2.     All pending motions, if any, are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record